AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:12cr53 |
| Alex Lee McElhaney | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: David J. Koppenhaver, Forensic Scientist

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman U.S. Courthouse 600 Granby Street, Norfolk, VA 23510 | Courtroom No.: TO BE ANNOUNCED |
|---|---|---|
| | | Date and Time: October 26, 2012 at 11:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


Date: 10/19/2012

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America _____, who requests this subpoena, are:

Darryl J. Mitchell, Assistant United States Attorney
United States Attorney's Office
8000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
(757) 441-6331
Darryl.Mitchell@usdoj.gov